**Appeal Reinstated and Order filed March 10, 2022**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00493-CV
_____

### CARRIE MEIER, Appellant

### V.

### PROSPERITY BANK, Appellee

On Appeal from the 239th District Court
Brazoria County, Texas
Trial Court Cause No. 109569-CV

## ORDER

This appeal was abated for mediation on September 23, 2021. By motion of the parties, the abatement was extended until February 28, 2022. As of this date, no mediator's report, motion to extend time, or motion to dismiss the appeal has been filed. Accordingly, the appeal is reinstated, and appellant's brief is due April 11, 2022.

PER CURIAM

Panel Consists of Justices Wise, Poissant and Wilson.